IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION, | ) ) ) ) | CV 19-00544 DKW-KJM |
| Plaintiff, | ) ) ) ) | ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |
| vs. | ) ) | |
| PETER SZATMARI, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on July 28, 2020 and served on all parties on July 29, 2020, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant Plaintiff's Motion for Final Judgment by Default,

//

//

//

Permanent Injunction, Civil Monetary Penalties, and Other Statutory Equitable Relief", ECF No. 33, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: August 13, 2020 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

*United States Commodity Futures Trading Commission v. Peter Szatmari*; Civil No. 19-00544 DKW-KJM; **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**